

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00452-CV
_____

TX MOTORS OF NORTH RICHLAND HILLS, INC. D/B/A AUTONATION HYUNDAI NORTH RICHLAND HILLS, Appellant

V.

LOREN MARTIN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JUDY MARTIN AND CODY PINNOW, INDIVIDUALLY, Appellee

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-335559-22

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Dismiss Interlocutory Appeal," which is unopposed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 12, 2023